UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-22375-DPG

WINDY LUCIUS,

    Plaintiff,

vs.

FOOT LOCKER, INC. d/b/a FOOTACTION,

    Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests this Court to terminate the action.

Dated:  September 11, 2020

    Respectfully submitted,

    s/ J. Courtney Cunningham
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN:  628166
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    Telephone: (305) 351-2014
    cc@cunninghampllc.com
    *Counsel for Plaintiff Windy Lucius*